# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-442
Lower Tribunal No. 20-DR-000220

_____

ADAM T. ST. GEORGE,

Appellant,

v.

TRACEY B. ST. GEORGE,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Elisabeth Adams, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Dustin Michael Butler, of Martin Law Firm, P.L., Cape Coral, for Appellant.

George A. Vaka of Vaka Law Group, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED